IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>JIMMIE LEE JONES,<br><br>                    **Defendant.** | 1:05-cr-617-WSD |

## OPINION AND ORDER

This matter is before the Court on Defendant's De Novo Appeal of the Magistrate's Detention Order [122]. Defendant argues that he has been detained since his indictment on December 29, 2005,[1] he has appeared for court proceedings in other matters, he has business and family connections in Atlanta, and he had ineffective retained counsel and wants counsel appointed to represent him.[2] He asks to be released on bond subject to conditions set by the Court.

---

[1] Defendant complains about the length of time it has taken for his trial to begin. The Magistrate Judge and the Court addressed this delay in response to pleadings Defendant submitted claiming he has been denied a speedy trial. This issue will be addressed in a separate Order and need not be addressed here.

[2] The Court notes Defendant has retained and discharged two lawyers, refused appointment of counsel by the Court, and was granted permission to proceed *pro se*. Experienced standby counsel has been appointed to assist him in preparation for and at trial.

This is the second time Defendant has appealed his detention.  On April 5, 2006, the Court considered Defendant's De Novo Appeal of the Magistrate's Detention Order and Proffer of Evidence in Support of Same [26].  In denying that appeal, the Court considered significant evidence of threats to, and coercion of, women and other intimidating, coercive conduct.  (Order [30].)  The Court found clear and convincing evidence that Defendant is a danger to the community, and his appeal was denied.  Defendant has not submitted any evidence to cause the Court to change its findings or to reconsider its previous decision that Defendant should be detained.[3]

**IT IS HEREBY ORDERED** that Defendant's De Novo Appeal of the Magistrate's Detention Order [122] is **DENIED**.

**SO ORDERED** this 18th day of July, 2007.

_____
WILLIAM S. DUFFEY, JR.
UNITED STATES DISTRICT JUDGE

---

[3] This matter is scheduled for trial beginning on August 22, 2007.